**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

PATRICK LORNE FARRELL,

    Plaintiff,

v.                                                        CASE NO. 2:10-CV-509-FtM-36DNF

BUSEY BANK, IMPAC HOLDINGS,
WELLS FARGO BANK, N.A., JOHN
STUMPF, Ceo of Wells Fargo, G.M.A.C.
CM LLC,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on October 7, 2010 (Dkt. 14), recommending that the Court deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) and dismiss the action pursuant to 28 U.S.C. §1915(e)(2)(B). Plaintiff did not file an objection to the Report and Recommendation, and the time for filing such an objection has expired.

    After carefully considering Plaintiff's Amended Complaint (Dkt. 13), Plaintiff's Application (Dkt. 2), and Magistrate Judge Frazier's Report and Recommendation, and undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes that Magistrate Judge Frazier's Report and Recommendation should be confirmed and accepted.

    **ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 14) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) is **DENIED**.

3. This action is **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions, enter judgment accordingly and close the file.

**DONE AND ORDERED** at Ft. Myers, Florida, on October 26, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Douglas N. Frazier
Counsel of Record and Unrepresented Party